ACCEPTED
15-24-00133-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/17/2025 4:45 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00133-CV

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/17/2025 4:45:34 PM
~~CHRISTOPHER A. PRINE~~
Clerk

Insight Investments, LLC,

*Appellant,*

v.

Stonebriar Commercial Finance LLC,

*Appellee.*

On Appeal from the 380th District Court, Colin
County, Texas Trial Court Cause No. 380-06242-2022
Honorable Benjamin N. Smith, presiding

## NOTICE OF APPEARANCE FOR APPELLEE

LeElle B. Slifer
State Bar No. 24074549
Dylan French
State Bar No. 24116393
WINSTON & STRAWN LLP
2121 North Pearl St., Ste 900
Dallas, Texas 75202
Telephone: (214) 453-6500
Facsimile: (214) 453-6400
lslifer@winston.com
dfrench@winston.com

*Attorneys for Plaintiff/Appellee*
*Stonebriar Commercial Finance LLC*

To the Honorable Fifteenth Court of Appeals:

Please take notice that, in accordance with Rule 6.2 of the Texas Rules of Appellate Procedure, the following attorney is appearing as counsel of record for Appellee Stonebriar Commercial Finance LLC, in the above-styled and numbered cause:

Newman A. Nahas
Texas State Bar No. 24091576
nnahas@winston.com
WINSTON & STRAWN LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Telephone: (214) 453-6500
Facsimile: (214) 453-6400

Accordingly, Stonebriar requests that Newman A. Nahas be included in all certificates of service and that he receive notice of filings and correspondence in this Action.

Dated: March 17, 2025

/s/Newman Nahas
LeElle Slifer
State Bar No. 24074549
Newman Nahas
State Bar No. 24091576
Dylan French
State Bar No. 24116393
**WINSTON & STRAWN LLP**
2121 North Pearl St., Ste 900
Dallas, Texas 75202
Telephone: (214) 453-6500
Facsimile: (214) 453-6400
lslifer@winston.com
nnahas@winston.com
dfrench@winston.com


*Attorneys for Plaintiff/Appellee
Stonebriar Commercial Finance
LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on March 17, 2025 to all counsel of record via E-Filing.

*/s/ Newman Nahas*
Newman Nahas

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lucy Fowler on behalf of Newman Nahas
Bar No. 24091576
LFowler@winston.com
Envelope ID: 98548911
Filing Code Description: Other Document
Filing Description: NOTICE OF APPEARANCE
Status as of 3/17/2025 5:00 PM CST

Associated Case Party: Stonebriar Commercial Finance, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Rachel H.Stinson | | stinson@wrightclosebarger.com | 3/17/2025 4:45:34 PM | SENT |
| Thomas C.Wright | | wright@wrightclosebarger.com | 3/17/2025 4:45:34 PM | SENT |
| Kyle Steingreaber | | steingreaber@wrightclosebarger.com | 3/17/2025 4:45:34 PM | SENT |

Associated Case Party: Insight Investments, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LeElle Slifer | 24074549 | lslifer@winston.com | 3/17/2025 4:45:34 PM | SENT |
| Dylan French | | dfrench@winston.com | 3/17/2025 4:45:34 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Houston Docketing | | ecf_houston@winston.com | 3/17/2025 4:45:34 PM | SENT |
| Newman Nahas | | NNahas@winston.com | 3/17/2025 4:45:34 PM | SENT |